**IN THE MISSOURI COURT OF APPEALS**
**HANDDOWN LIST OF OCTOBER 28, 2014**
**WESTERN DISTRICT**


**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b)**
**AND ISSUED PER CURIAM**
--------------------------------------------------------------
| | |
|---|---|
| WD76798 | Kathy D. Miller vs. Jennifer L. Sutton |
| WD76900 | Ryan C. Bridger vs. State of Missouri |
| WD77146 | Whispering Oaks RCF Management Company, Inc. vs. Missouri Department of Health and Senior Services and City of Wildwood, Missouri |
| WD77147 | Richard L. Jackson vs. State of Missouri |
| WD77189 | The Collection Company, LLC vs. Ralph E. Lewis, II |
| WD77293 | Anthony Ray Hatfield vs. Director of Revenue |


**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 30.25(b)**
**AND ISSUED PER CURIAM**
--------------------------------------------------------------
| | |
|---|---|
| WD76158 | State of Missouri vs. Tommy Allen Cook |
| WD76330 | State of Missouri vs. Robert M. Goodwin |